**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): __19-_____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Empire Generating Co, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  1 4 – 1 8 3 3 8 2 1

4. **Debtor's address**

   **Principal place of business**
   75   Riverside Avenue
   Number    Street

   Rensselaer    NY    12144
   City    State    ZIP Code

   Rensselaer
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Empire Generating Co, LLC                              Case number *(if known)* 19-_____
        *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  2  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
■ Yes.  Debtor  See Attachment 1                          Relationship  Affiliate
        District Southern District of New York            When  05/19/2019
                                                                MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

| Debtor | Empire Generating Co, LLC | Case number *(if known)* 19- |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                          State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Empire Generating Co, LLC | Case number *(if known)* 19- |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ■ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/1/2019
             MM / DD / YYYY

✘ /s/ Garrick F. Venteicher                    Garrick F. Venteicher
Signature of authorized representative of debtor    Printed name

Title  President and Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Peter S. Partee, Sr.                     Date  05/1/2019
Signature of attorney for debtor                     MM / DD / YYYY

Peter S. Partee, Sr.
Printed name

Hunton Andrews Kurth LLP
Firm name

200           Park Avenue
Number        Street

New York                                NY            10166
City                                    State         ZIP Code

212 309 1000                            ppartee@huntonak.com
Contact phone                           Email address

4484234                                 NY
Bar number                              State

# ATTACHMENT 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Empire Generating Co, LLC.

Empire Generating Co, LLC
Empire Gen Holdco, LLC
Empire Gen Holdings, LLC
TTK Empire Power, LLC

**Fill in this information to identify the case:**

Debtor name: Empire Generating Co, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 19-

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE International, Inc.<br>P.O. Box 643449<br>Pittsburg, PA 15264-3449 | Michael Bradford<br>michael1.bradford@ge.com | Trade debt | | | | $734,530.32 |
| 2 | American Boiler, Tank & Welding Co., Inc.<br>53 Pleasant Street<br>Albany, NY 12207 | Brenda Rosa<br>brosa@americanboiler.com<br>518.463.5087 | Trade debt | | | | $237,390.00 |
| 3 | Cormetech, Inc.<br>11707 Steele Creek Road<br>Charlotte, NC 28273 | Shelley Leone<br>leonesj@cormetech.com | Trade debt | | | | $212,437.75 |
| 4 | FPI Mechanical, Inc.<br>11 Green Mountain Drive<br>Cohoes, NY 12047 | Bod Snyder, Jr.<br>jrsnyder@fpimechanical.com | Trade debt | | | | $172,525.00 |
| 5 | United Servo Hydraulics Inc.<br>1450 Genicom Drive<br>Waynesboro, VA 22980 | Melissa Simmons<br>melissa@unitedservo.com | Trade debt | | | | $124,091.00 |
| 6 | Custom Lighting Services, LLC<br>(d/b/a Black & McDonald)<br>6001 E. Front Street<br>Kansas City, MO 64120 | Michael Maine<br>mmaine@blackandmcdonald.com | Trade debt | | | | $115,115.50 |
| 7 | Atlantic Contracting & Specialties, LLC<br>P.O. Box 64191<br>Baltimore, MD 21264 | Rick Bush<br>rbush@atlanticcontracting.com | Trade debt | | | | $105,932.50 |
| 8 | Northeast Precision Welding, Inc.<br>P.O. Box 109<br>East Greenbush, NY 12061 | Mark Dwileski<br>mark@neprecisioinwelding.com<br>518.732.0130 | Trade debt | | | | $102,500.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Empire Generating Co, LLC    Case number (*if known*) 19-
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Millennium Power Services<br>80 Mainline Drive<br>Westfield, MA 01085 | Aaron Florek<br>aflorek@millenniumpower.net<br>413.562.5332 | Trade debt | | | | $94,140.00 |
| 10 | F.W. Webb Company<br>160 Middlesex Turnpike<br>Bedford, MA 01085 | Jonathan McDonald<br>jonathan.mcdonald@gwwebb.com | Trade debt | | | | $73,995.00 |
| 11 | Bucci Painting Corp<br>P.O. Box 74<br>Greenville, NY 12061 | James Bucci<br>james@jamesbucci.com | Trade debt | | | | $68,850.00 |
| 12 | CEM Services, Inc.<br>360 Old Colony Road, Ste 1<br>Norton, MA 02766 | Jesenia Rivera<br>jrivera@cemteks.com | Trade debt | | | | $58,200.00 |
| 13 | BrandSafway<br>P.O. Box 780274<br>Philadelphia, PA 19178-0274 | Bo Pritchard<br>bpritchard@brandsafway.com | Trade debt | | | | $44,863.06 |
| 14 | Environex, Inc.<br>1 Great Valley Pkwy, Ste. #4<br>Malvern, PA 19178-0274 | Samantha Ladd<br>ladd@environex.com | Trade debt | | | | $41,700.00 |
| 15 | Healey Fire Protection, Inc.<br>134 Northpointe Drive<br>Lake Orion, MI 48359 | Mark Koskela<br>mkoskela@healeyfire.com | Trade debt | | | | $33,261.00 |
| 16 | Viking Turbine Services, Inc.<br>106 Queens Rd<br>Hubert, NC 28539 | Tim Midgette<br>tim.midgette@vikingturbineservices.com | Trade debt | | | | $32,050.00 |
| 17 | Bremco, Inc.<br>P.O. Box 1491<br>Claremont, NH 03743 | Jolene Jennings<br>jjennings@gremco.com | Trade debt | | | | $31,125.00 |
| 18 | Northeast Controls, Inc.<br>3 Enterprise Avenue<br>Clifton Park, NY 12065 | Eric Sanborn<br>Eric.sanborn@northeastcontrols.com | Trade debt | | | | $27,634.12 |
| 19 | Custom Instrumentation Services<br>7841 South Wheeling Court<br>Englewood, CO 80112-4554 | Walt Bastron<br>wbastron@ciscocems.com | Trade debt | | | | $24,976.68 |
| 20 | C.T. Male Associates<br>50 Century Hill Drive<br>Latham, NY 12110 | Jeff Marx<br>j.marx@ctmail.com | Trade debt | | | | $20,500.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EMPIRE GENERATING CO, LLC, | Case No. 19-_____ (___) |
| Debtor. | |
| Tax ID No. 14-1833821 | |

## LIST OF EQUITY SECURITY HOLDERS

Empire Generating Co, LLC (the "Company") hereby files its List of Equity Security Holders pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure. This list represents the Company's equity security holders as of the date hereof.

| Holder | Kind | Percentage of Outstanding Interests |
|---|---|---|
| Empire Gen Holdco, LLC<br>50 Main Street<br>Suite 1063<br>White Plains, New York 10606 | Membership Interests | 100% |

I, the President and Chief Executive Officer of Empire Generating Co, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: May 19, 2019          Signature: */s/ Garrick F. Venteicher*
                                       Garrick F. Venteicher
                                       President and Chief Executive Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| EMPIRE GENERATING CO, LLC, | Case No. 19-_____ (___) |
| Debtor. | |
| Tax ID No. 14-1833821 | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Empire Generating Co, LLC certifies that the following is a complete and accurate list of entities that directly or indirectly own 10% or more of any class of its equity interests:

- ITOCHU International, Inc.
- ITOCHU Corporation
- Tyr Energy, Inc.
- The Kansai Electric Power Co., Inc.
- Tokyo Gas Co., Ltd.
- Tokyo Gas America Ltd.
- Tokyo Gas America Power, LLC
- Tyr TTK Power, LLC
- KPIC USA, LLC
- TG TTK Power, LLC
- TTK Power, LLC
- TTK Empire Power, LLC
- Empire Gen Holdings, LLC
- Empire Gen Holdco, LLC

Dated: May 19, 2019                    Empire Generating Co, LLC

                                       */s/ Garrick F. Venteicher*
                                       Name: Garrick F. Venteicher
                                       Title: President and Chief Executive Officer

**Fill in this information to identify the case and this filing:**

Debtor Name __Empire Generating Co, LLC__

United States Bankruptcy Court for the: __Southern__    District of __New York__
(State)

Case number (*If known*): __19-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __List of Equity Security Holders and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/19/2019__           ✗ __/s/Garrick F. Venteicher__
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                         Garrick F. Venteicher
                                         Printed name

                                         President and Chief Executive Officers
                                         Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

# RESOLUTIONS OF THE MEMBER AND INDEPENDENT MANAGER

## of

## EMPIRE GENERATING CO, LLC

May 14, 2019

The undersigned, being the sole and managing member (the "Member") and independent manager (the "Independent Manager") of Empire Generating Co, LLC (the "Company"), a New York limited liability company, at a meeting duly called and legally held on May 14, 2019 on or about 10:45 a.m. (Eastern Time) by telephone and at 1251 Avenue of the Americas, New York, NY 10020 (the "Meeting") at which the Independent Manager and an authorized representative of the Member were present, hereby agree to take the following actions and adopt the following resolutions.

WHEREAS, the Member and the Independent Manager have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions;

WHEREAS, the Member and the Independent Manager have received, reviewed and considered the recommendations of senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Independent Manager was appointed to consider only the interests of the Company, including its creditors, in acting or otherwise voting on, among other things, whether the Company shall file a petition for relief under the Bankruptcy Code;

WHEREAS, the Company, Empire Gen Holdco, LLC ("Holdco"), and Empire Gen Holdings, LLC ("Holdings," together with the Company and Holdco, the "Loan Parties") are parties to that certain Credit and Guaranty Agreement, dated as of March 14, 2014 (as modified, amended or restated through the date hereof, the "Credit Agreement" and together with all ancillary documents entered into in connection therewith, the "Credit Facility"), by and among the Loan Parties, Ankura Trust Company, LLC as successor administrative agent and successor collateral agent, and certain lenders and other parties thereto;

WHEREAS, the obligations of the Loan Parties under the Credit Facility are secured by (i) substantially of the Loan Parties' assets (including without limitation the membership interests in the Company and Holdco) and (ii) the membership interests in Holdings;

WHEREAS, one or more events of default have occurred under the Credit Facility; and

WHEREAS, the Member and the Independent Manager have concluded that the filing of a petition under the Bankruptcy Code as set forth below is necessary to avail the Company of the

automatic stay of any remedies that may be exercised under the Credit Facility, and to effectuate a restructuring of the Company's obligations;

NOW, THEREFORE, BE IT RESOLVED, that in the good faith business judgment of the Member, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and it is

RESOLVED FURTHER, that in the good faith business judgment of the Independent Manager, in considering only the interests of the Company, including its creditors, it is in the best interest of the Company, including its creditors, that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed by the Company in the Bankruptcy Court; and it is

RESOLVED FURTHER, that each of the officers and any other authorized representative of the Company, including without limitation Garrick Venteicher, Brock Shealy and Tat So, Esq., and any of their designees (collectively, the "Authorized Persons") shall be and hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court commencing a case (the "Chapter 11 Case"), in such form and at such time as such Authorized Person executing the petition shall determine; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed, on behalf of and in the name of the Company, to execute a restructuring support agreement with one or more lenders under the Credit Facility constituting Required Lenders (as defined in the Credit Agreement) (including without limitation each of the documents attached thereto, the "Restructuring Support Agreement") in substantially the form presented to the Member and the Independent Manager at the Meeting; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed, on behalf of and in the name of the Company, to execute a Chapter 11 plan, Purchase and Sale Agreement for the membership interests in Holdings, and each such other document attached to the Restructuring Support Agreement, in substantially the forms presented to the Member and the Independent Manager at the Meeting; and it is;

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed, to cause the Company to execute and verify all other documents necessary to implement the foregoing, including without limitation all affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel or other professionals and to take any and all actions which they deem necessary and proper in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed to employ, on behalf of the Company, the law firms of Hunton Andrews Kurth LLP and Steinhilber Swanson LLP as general bankruptcy counsel to the

Company and in other related matters on such terms and conditions as the Authorized Persons shall approve; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed to employ, on behalf of the Company, RPA Advisors as financial advisor to the Company and in other related matters on such terms and conditions as the Authorized Persons shall approve; and it is

RESOLVED FURTHER, that Authorized Persons shall be and hereby are authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors or other professionals as may be prudent and desirable in connection with the Chapter 11 Case on such terms and conditions as Authorized Persons shall approve; and it is

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or matters related thereto, shall be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

RESOLVED FURTHER, that any and all past actions heretofore taken by the Authorized Persons in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and it is

RESOLVED FURTHER, that the Member and the Independent Manager hereby authorize and direct the Authorized Persons, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments and notices and to take all other actions and to do all other things as such Authorized Person in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratify and confirm any and all such actions.

[Signatures appear on following page.]

IN WITNESS WHEREOF, the undersigned have executed these Resolutions as of the date set forth above.

MANAGER AND SOLE MEMBER:

EMPIRE GEN HOLDCO, LLC

By: */s/ Garrick F. Venteicher*
Name:  Garrick F. Venteicher
Its:  President and Chief Executive Officer

INDEPENDENT MANAGER:

*/s/ Michael Wilson*
Michael Wilson

[Signature page to Empire Generating Co, LLC Resolutions]