Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850
Madison, Wisconsin 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Proposed Co-Counsel for the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EMPIRE GENERATING CO, LLC, *et al.,* [1] | ) ) | Case No. 19-23007 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 6 and 99** |

### NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that, pursuant to the *Order (A) Approving Bid Procedures*

*Relating to the Sale of Substantially all the Assets of Empire Generating Co, LLC or Interests in*

*Empire Gen Holdings, LLC, (B) Establishing Procedures in Connection with the Assumption or*

*Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving*

*Notice Procedures, (D) Approving Stalking Horse Bid Protections, and (E) Granting Related*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if applicable, are:  Empire Generating Co, LLC [3821], Empire Gen Holdco, LLC [3820], Empire Gen Holdings, LLC [4849], and TTK Empire Power, LLC [none].  The Debtors' corporate address is:  Empire Generating Co, LLC, c/o Tyr Energy, LLC, 7500 College Blvd., Suite 400, Overland Park, Kansas 66210.

*Relief* entered on June 10, 2019 [Docket No. 99] (the "Bid Procedures Order"),[2] an auction (if

necessary) for the sale of (a) all the issued and outstanding membership interests in Debtor Empire

Gen Holdings, LLC owned by Debtor TTK Empire Power, LLC, or, alternatively (b) all or

substantially all of the assets of Debtor Empire Generating Co, LLC, was scheduled to be held on

July 8, 2019 at 10:00 a.m. (the "Auction");

PLEASE TAKE FURTHER NOTICE that other than the Qualified Bid of the Stalking

Horse Bidder, no other Qualified Bids were received; and

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bid Procedures

Order, the Auction **has been cancelled** and the Stalking Horse Bidder is deemed to be the

Successful Bidder.

Dated: July 6, 2019
       New York, New York

/s/ Peter S. Partee, Sr.
Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

- and -

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850
Madison, Wisconsin 53703-2732

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

(608) 709-5998
mrichman@steinhilberswanson.com

*Proposed Co-Counsel for the Debtors and*
*Debtors-in-Possession*

3