Hearing Date and Time: August 14, 2019 at 10:00 a.m.
Objection Deadline: June 26, 2019 at 5:00 p.m.

| | |
|---|---|
| Peter S. Partee, Sr.<br>Robert A. Rich<br>Michael S. Legge<br>**HUNTON ANDREWS KURTH LLP**<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1000<br>ppartee@huntonak.com<br>rrich2@huntonak.com<br>mlegge@huntonak.com<br><br>*Proposed Counsel for Debtors and*<br>*Debtors-in-Possession* | Michael P. Richman<br>**STEINHILBER SWANSON LLP**<br>122 West Washington Avenue, Suite 850<br>Madison, Wisconsin 53703-2732<br>(608) 709-5998<br>mrichman@steinhilberswanson.com<br><br>*Proposed Co-Counsel for Debtors and*<br>*Debtors-in-Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EMPIRE GENERATING CO, LLC, *et al.,* [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-23007 (RDD)<br><br>(Jointly Administered)<br>**Re: Docket Nos. 6, 99, 100, 108, 144** |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF
SUBSTANTIALLY ALL THE ASSETS OF EMPIRE GENERATING CO, LLC,
OR INTERESTS IN EMPIRE GEN HOLDINGS, LLC, (II) APPROVING
ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED
THERETO, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 10, 2019, the Court entered an Order [Docket No. 99] which, among other things, scheduled a hearing (the "Sale Hearing") on the *Debtors' Motion for entry of an Order (A) Authorizing the Sale of Substantially All of the Assets of Empire*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if applicable, are: Empire Generating Co, LLC [3821], Empire Gen Holdco, LLC [3820], Empire Gen Holdings, LLC [4849], and TTK Empire Power, LLC [none]. The Debtors' corporate address is: Empire Generating Co, LLC, c/o Tyr Energy, LLC, 7500 College Blvd., Suite 400, Overland Park, Kansas 66210.

*Generating Co, LLC, or Interests in Empire Gen Holdings, LLC, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief* [Docket No. 6];

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing, which was scheduled for July 17, 2019 at 10:00 a.m. (ET) [Docket No. 144], **has been adjourned to August 14, 2019 at 10:00 a.m. (ET)**; and

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, and such Sale Hearing may be adjourned from time to time without further notice other than an announcement at the Sale Hearing.

Dated: July 10, 2019
New York, New York

/s/ Robert A. Rich
Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

- and -

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850

2

Madison, Wisconsin 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Proposed Co-Counsel for Debtors and Debtors-in-Possession*