Hearing Date and Time: August 14, 2019 at 10:00 a.m. (ET)
Objection Deadline: July 10, 2019 at 4:00 p.m. (ET)

Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850
Madison, Wisconsin 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Proposed Co-Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| EMPIRE GENERATING CO, LLC, *et al.*, [1] | ) Case No. 19-23007 (RDD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 145, 158, 164** |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that on June 21, 2019, the Court entered an Order [Docket No. 158] scheduling a hearing (the "Confirmation Hearing") on confirmation of the *Debtors' Amended Joint Chapter 11 Plan* [Docket No. 145];

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing, which was originally scheduled for July 17, 2019 at 10:00 a.m. (ET) [Docket No. 164], **has been adjourned to August 14, 2019 at 10:00 a.m. (ET)**; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if applicable, are: Empire Generating Co, LLC [3821], Empire Gen Holdco, LLC [3820], Empire Gen Holdings, LLC [4849], and TTK Empire Power, LLC [none]. The Debtors' corporate address is: Empire Generating Co, LLC, c/o Tyr Energy, LLC, 7500 College Blvd., Suite 400, Overland Park, Kansas 66210.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, and such Confirmation Hearing may be adjourned from time to time without further notice other than an announcement at the Confirmation Hearing.

Dated: July 10, 2019
      New York, New York

/s/ Robert A. Rich
Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

- and -

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850
Madison, Wisconsin 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Proposed Co-Counsel for Debtors and Debtors-in-Possession*