Peter S. Partee, Sr.  
Robert A. Rich  
Michael S. Legge  
**HUNTON ANDREWS KURTH LLP**  
200 Park Avenue  
New York, New York 10166  
(212) 309-1000  
ppartee@huntonak.com  
rrich2@huntonak.com  
mlegge@huntonak.com  

*Counsel for Debtors and*  
*Debtors-in-Possession*

Michael P. Richman  
**STEINHILBER SWANSON LLP**  
122 West Washington Avenue, Suite 850  
Madison, Wisconsin 53703-2732  
(608) 709-5998  
mrichman@steinhilberswanson.com  

*Co-Counsel for Debtors and*  
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EMPIRE GENERATING CO, LLC, *et al.,* [1] | ) Case No. 19-23007 (RDD) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE DEBTORS' MODIFIED AMENDED JOINT CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that on September 23, 2019 (the "Confirmation Date"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Dkt. No. 304] (the "Confirmation Order") confirming the *Debtors' Modified Amended Joint Chapter 11 Plan* [Dkt. No. 304-1] (as may be modified, amended or supplemented, the "Plan") filed by the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors");

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **November 4, 2019**. As a result, the Debtors have emerged from the chapter 11 proceedings as Reorganized Debtors;

**PLEASE TAKE FURTHER NOTICE** that except as otherwise set forth in the Plan or Confirmation Order, all requests for payment of an Administrative Claim arising prior to the Confirmation Date must be filed with the Bankruptcy Court on or before **December 4, 2019**;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if applicable, are: Empire Generating Co, LLC [3821], Empire Gen Holdco, LLC [3820], Empire Gen Holdings, LLC [4849], and TTK Empire Power, LLC [none]. The Debtors' corporate address is: Empire Generating Co, LLC, c/o Tyr Energy, LLC, 7500 College Blvd., Suite 400, Overland Park, Kansas 66210.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan; and

**PLEASE TAKE FURTHER NOTICE** that the Plan is binding on the Debtors, Reorganized Debtors, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan.

Dated: November 4, 2019
New York, New York

/s/ Peter S. Partee, Sr.
Peter S. Partee, Sr.
Robert A. Rich
Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com
mlegge@huntonak.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

- and -

Michael P. Richman
**STEINHILBER SWANSON LLP**
122 West Washington Avenue, Suite 850
Madison, Wisconsin 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Co-Counsel for Debtors and*
*Debtors-in-Possession*